IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JACKIE W. WOODS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D22-428
LT Case No. 2012-CF-1122-B

Decision filed July 3, 2023

3.850 Appeal from the Circuit Court
for Marion County,
Anthony M. Tatti, Judge.

Matthew R. McLain, of McLain Law, P.A.,
Longwood, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona Beach,
for Appellee.

PER CURIAM.

     AFFIRMED.

EISNAUGLE, HARRIS and BOATWRIGHT, JJ., concur.